| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gergel, Richard M. | 2. Court or Organization<br><br>District of South Carolina | 3. Date of Report<br><br>4/23/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>85 Broad Street<br>Charleston, SC 29401 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 4/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 8/7/2017 | Farrar, Straus and Giroux, book royalties | $50,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SC Bar Association | 1/19-1/20/2017 | Greenville,SC | Meeting | Hotel |
| 2. | American Law Institute | 5/21 - 5/25/2017 | Washington, DC | Meeting | Hotel, Air, Meals |
| 3. | SC Bar Association | 2/23/2017 | Columbia, SC | Continuing Legal Education Speaker | Mileage |
| 4. | SC Association for Justice | 8/3-6/2017 | Hilton Head, SC | Meeting | Hotel, Registration |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 4/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on Investment Property: Edisto Beach, South Carolina | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 4/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Investment Property, Edisto Beach, SC | E | Rent | O | W | | | | | |
| 2. 1519 Richland LLP, Columbia, SC | D | Rent | M | W | | | | | |
| 3. Lincoln National Universal Life Insurance | B | Int./Div. | K | T | | | | | |
| 4. Columbia Cash Reserves | A | Int./Div. | J | T | | | | | |
| 5. Am. U.S. Government Securities Class B | A | Int./Div. | L | T | Buy<br>(add'l) | 04/21/17 | J | | |
| 6. Am. Balanced Class A | A | Interest | L | T | Sold<br>(part) | 04/21/17 | K | | |
| 7. Am. High Income Trust Class A | A | Int./Div. | K | T | | | | | |
| 8. Am. Washington Mutual Inv. Class B | A | Int./Div. | K | T | Sold<br>(part) | 04/21/17 | J | | |
| 9. VistaBank South Carolina | | None | J | T | | | | | |
| 10. Bank of America Checking | A | Int./Div. | M | T | | | | | |
| 11. TIAA-CREF Fixed Annuity | D | Int./Div. | M | T | | | | | |
| 12. Wachovia Certificates of Deposit | A | Int./Div. | J | T | | | | | |
| 13. Am. Short Term Bond/Class A | A | Int./Div. | K | T | | | | | |
| 14. Blackrock Global Allocation Fund | B | Int./Div. | K | T | | | | | |
| 15. Templeton Global Bond Fund | A | Int./Div. | | | Sold | 01/10/17 | K | | |
| 16. American Fund Global Balanced Fund | D | Interest | K | T | | | | | |
| 17. FIA Card SErvices Money Market | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 4/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Variable Interest HSBC | A | Interest | | | Sold | 09/01/17 | K | | |
| 19. Merill Lynch Bank Deposit Fund | A | Interest | J | T | | | | | |
| 20. BOA Cash Reserve Money Market Fund | A | Interest | J | T | | | | | |
| 21. Tortoise Energy Capital | B | Int./Div. | K | T | | | | | |
| 22. IShares US Preferred Stock ETF (PFF) | A | Int./Div. | J | T | | | | | |
| 23. SP DR Gold Trust | A | Int./Div. | K | T | | | | | |
| 24. Alliance Bernstein LG Cap Growth Fund, Class A | A | Int./Div. | | | Sold | 01/17/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 4/23/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 3, was amended to change "Prudential Life Insurance" to Lincoln National Universal Life policy. This error was the result of confusing a Prudential term policy (which has no asset value) with a Lincoln National Universal Life policy. I was also asked to disclose the specific investments authorized under this policy, if applicable. The Lincoln National Universal policy provides for a fixed interest rate of 3% and does not offer the insured an option to choose a particular type of investment. Thus, no further information is provided. This is in accord with the Filing Instructions, page 39, (2015), which provides that investment funds should be disclosed if the policy is the type in which an insured is offered an option to select specific investments or a general category of risk.

2. Part VII, line 11, relates to a TIAA-CREF fixed annuity. Under this fixed annuity, the annuitant does not choose any type of investment instruments or assets. Thus, no further information is required.

| Name of Person Reporting | Date of Report |
|---|---|
| Gergel, Richard M. | 4/23/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Gergel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544